William C. Swallow (*pro hac vice*)
Dylan P. Todd (NV Bar No. 10456)
CLYDE & CO US LLP
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV  89128
Telephone: 725-248-2900
bill.swallow@clydeco.us
dylan.todd@clydeco.us

*Attorneys for Defendant*
*TK Elevator Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIVERSIDE RESORT AND CASINO, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>TK ELEVATOR CORPORATION, a Delaware Corporation (formerly known as THYSSENKRUPP ELEVATOR CORPORATION),<br><br>Defendant. | CASE NO.:  2:25-cv-01334-EJY<br><br>**STIPULATION TO SUBSTITUTE RESIDENT ATTORNEY** |

Defendant, TK ELEVATOR CORPORATION, hereby substitutes DYLAN P. TODD of CLYDE & CO US LLP as its resident attorney of record in this matter, in the place and stead of SEAN E. CORTNEY pursuant to LR IA 11-6(c). The substitution is due to Mr. Cortney leaving Clyde & Co US LLP for another law firm.

Dated: March 5, 2026

TK ELEVATOR CORPORATION

By: _____

Greg Caudill
Print Name

Liability Administrator
Position

- 1 -

SEAN E. CORTNEY of CLYDE & CO US LLP hereby agrees and consents to the substitution of DYLAN P. TODD of CLYDE & CO US LLP as resident attorney of record in this matter for Defendant TK ELEVATOR CORPORATION.

Dated: March 5, 2026

CLYDE & CO US LLP

By: _____
Sean E. Cortney (NV Bar No. 16218)
7251 W. Lake Mead Blvd., Suite 430
Las Vegas, NV 89128
Telephone: 725-248-2900
*Outgoing Resident Attorney for Defendant
TK Elevator Corporation*

DYLAN P. TODD of CLYDE & CO US LLP hereby agrees and accepts the substitution as the resident attorney of record for Defendant TK ELEVATOR CORPORATION in this matter.

Dated: March 5, 2026

CLYDE & CO US LLP

By: _____
William C. Swallow (*pro hac vice*)
Dylan P. Todd (NV Bar. No. 10456)
7251 W. Lake Mead Blvd., Suite 430
Las Vegas, NV 89128
Telephone: 725-248-2900
*Incoming Resident Attorney for Defendant
TK Elevator Corporation*

IT IS SO ORDERED THIS 6th day of March, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128

- 2 -